UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON J. SHALLOW,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO.  C11-5162 JRC<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　　Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

　　　　The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note that it is his responsibility to properly serve copies of the complaint along with an appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

　　　　DATED this 4th day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1