UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON J. SHALLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:11-CV-05162-RBL-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including July 26, 2011, to file an Answer to Plaintiff's Complaint.

DATED this 28th day of June, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05162-RBL-JRC]