UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON J. SHALLOW,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. 3:11-CV-05162 RBL JRC<br><br>ORDER GRANTING EXTENSION AND AMENDING BRIEFING SCHEDULE |

Based on the Plaintiff's Motion (ECF No. 15) and the agreement of the parties, it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before September 6, 2011;
- Defendant shall file a Response to the Opening Brief on or before October 4, 2011;
- Plaintiff shall file the optional Reply Brief on or before October 18, 2011; and
- Oral argument, if desired, shall be requested by October 25, 2011.

DATED this 9th day of August 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:11-CV-05162 RBL JRC]