UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| CAMERON J. SHALLOW, | Civil No. 3:11-CV-05162-RBL-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Based on Defendant's Stipulated Motion to Supplement the Administrative Record (ECF No. 23), it is hereby ORDERED that Defendant shall supplement the administrative record with a certified copy of the transcription of the hearing dated July 7, 2007.

DATED this 28th day of October, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER TO SUPPLEMENT THE ADMINISTRATIVE
           RECORD - [3:11-CV-05162-RBL-JRC]