UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| CAMERON J. SHALLOW, | Civil No. 3:11-CV-05162-RBL-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO AMEND THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Based on Defendant's Stipulated Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including 11/22/2011, to file an Amended Opening Brief;
- Defendant shall have up to and including 12/22/2011, to file a responsive brief;
- Plaintiff shall have up to and including 1/5/2012, to file a reply brief; and
- Oral argument, if desired, requested by 1/12/2012.

DATED this 28th day of October, 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER TO AMEND THE SCHEDULING ORDER - [3:11-CV-05162-RBL-JRC]