UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAMERON J. SHALLOW,

              Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

              Defendant.

CASE NO. 11-cv-05162 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

    (1)      The Court adopts the Report and Recommendation.

    (2)      The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42

           U.S.C. § 405(g) to the Administration for further consideration.

    (3)      **JUDGMENT** shall be entered for plaintiff and the case should be closed.

    (4)      The Clerk is directed to send copies of this Order to counsel of record.

Dated this 11th day of June, 2012.

                            _____
                            Ronald B. Leighton
                            United States District Judge